UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
RAMON JAQUEZ, *on behalf of himself and all others similarly situated*, :
:
                                 Plaintiff, :    20-CV-6519 (JMF)
:
:    ORDER
    -v- :
:
LONDON LUXURY LLC, :
:
                                 Defendant :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In light of the COVID-19 situation, the Court will not hold the upcoming conference in this case in person. Due to Thanksgiving, counsel should submit their proposed case management plan and joint letter **by Wednesday, November 25, 2020**. In their joint letter, the parties should also indicate whether they can do without a conference altogether. If so, the Court may enter a case management plan and scheduling order and the parties need not appear. If not, the Court will hold the initial conference by telephone, albeit perhaps at a different time. To that end, counsel should indicate in their joint letter dates and times during the week of the conference that they would be available for a telephone conference. In either case, counsel should review and comply with the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://nysd.uscourts.gov/hon-jesse-m-furman.

      SO ORDERED.

Dated: November 16, 2020
       New York, New York
                                                 JESSE M. FURMAN
                                                 United States District Judge